Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 863 - 3 | **DATE** | 4/7/2008 |
| **CASE TITLE** | USA vs. Cristina Savu | | |

**DOCKET ENTRY TEXT**

The Government's oral motion to unseal the complaint is granted. Initial appearance proceedings held. Defendant appears in response to arrest 4/6/08. Defendant informed of her rights. John Theis is given leave to file his appearance as retained counsel for defendant. Order defendant detained as a risk of flight pending preliminary examination and detention hearing set for 4/8/08 at 1:30 p.m.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | VKD |
|---|---|---|