## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 07cr863 - 3 | **DATE** | 4/8/2008 |
| **CASE TITLE** | USA vs. Cristina Savu | | |

**DOCKET ENTRY TEXT**

Defendant waives preliminary examination. Enter a finding of probable cause; Order Defendant bound to the District Court for further proceedings. Detention hearing held. Order Defendant detained as a risk of flight. Detention order to follow.

Docketing to mail notices.

00:25

| | Courtroom Deputy Initials: | VKD |
|---|---|---|