## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 863 - 3 | **DATE** | 4/10/2008 |
| **CASE TITLE** | USA vs. Cristina Savu | | |

**DOCKET ENTRY TEXT**

Enter Order of Detention Pending Trial.

■ [ For further detail see separate order(s).]  Docketing to mail notices.

| | | Courtroom Deputy Initials: | VKD |
|---|---|---|---|