UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 07 CR 863 |
| v. ) | Judge Susan E. Cox |
| ) | |
| CRISTINA SAVU ) | |

ORDER OF DETENTION PENDING TRIAL

THIS CAUSE coming on to be heard upon the government's motion to detain the defendant, pursuant to 18 U.S.C. § 3142, and this Court having reviewed and considered the evidence presented, as well as having heard argument on this matter, the Court hereby finds:

1. The defendant has been charged in a complaint with wire fraud, in violation of 18 U.S.C. § 1343.

2. After a hearing and argument on this matter, the Court finds that the statutory factors enumerated in 18 U.S.C. § 3142(g) favor detention of the defendant:

Factor (1):

As to the nature and circumstances of the offense, the crime in this case involved receipt of significant sums of fraud proceeds, in part through use by the defendant of false identification documents. The amount of funds retained by the defendant could provide a measure of financial support if she chose to flee. In addition, the possession and use of 8 false identification documents, including social security cards,

suggests that defendant had ready access to a source of such documents which could aid in flight from law enforcement. These factors weigh in favor of detention.

Factor (2):

The defendant did not request a preliminary examination, although the defendant is presumed innocent until proven guilty. The evidence in this regard does not weigh heavily in either direction.

Factor (3):

As to the history and characteristics of the defendant, she is not lawfully present in the United States and cannot lawfully work in this country. All family ties appear to be in her native country of Romania, and defendant possesses a passport from Romania. Defendant does not have any property to secure a bond. Although the Court appreciates the effort of defendant's boyfriend to offer property as security for a bond and to act as a third-party custodian, it is not clear at this time that the property has substantial value to secure a bond, and the proposed custodian's frequent contacts with law enforcement and criminal convictions lead this Court to conclude that he would not be a suitable third-party custodian. Therefore, the history and characteristics of the defendant weigh strongly in favor detention at this time.

Factor (4):

As to the nature and seriousness of the danger to any person or the community that would be posed by the defendant's release, the allegations in this case involve financial fraud on a scale which does not weigh heavily in favor of detention.

3. Based upon the aforementioned factors, the evidence presented before this Court proves by a preponderance of the evidence that the defendant poses a risk of flight.

IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 3142(e), that defendant CRISTINA SAVU remain in custody until the resolution of this case. This ORDER is entered without prejudice, such that defendant may renew her motion for release in the event that defendant locates another individual who may be a suitable third-party custodian and significant assets to secure a bond.

IT IS FURTHER ORDERED that upon order of the United States District Court or on request of an attorney of the government, the Warden of the Metropolitan Correctional Center shall deliver defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

ENTER:

SUSAN E. COX
United States Magistrate Judge

Dated: April 10th, 2008